IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**REGINALD EDWIN BOSSIER**                                                  **PLAINTIFF**

**VERSUS**                                  **CIVIL ACTION NO. 1:08cv408-LTS-RHW**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                                  **DEFENDANT**

## ORDER REGARDING DOCUMENTS SUBMITTED AUGUST 3, 2009
## REVIEWED *IN CAMERA*

On August 3, 2009, Defendant submitted additional documents for *in camera* review pursuant to [59] the Court's order of June 5, 2009. The documents are sequentially numbered 0456-HO through 0478-HO and 0483-HO through 0511-HO. The supplemental privilege log which accompanied the documents contains a single entry for documents identified as 0456-HO – 0511-HO, describing the documents as "emails between outside counsel and State Farm" between 3/10/08 and 4/25/08. All the documents are claimed privileged as "attorney-client and work product." The Court has examined these additional documents and finds that all are duplicates of documents previously reviewed and ruled upon in [74] the Court's order entered July 31, 2009, with the following exceptions, which are individually addressed:

      0476-HO   March 28, 2008 emails between Terry Blalock and attorney Goodloe Lewis – the Court finds these two emails are privileged and need not be produced. The remainder of page 0476-HO duplicates matters previously addressed.

      0477-HO March 31, 2008 correspondence from Goodloe Lewis to Plaintiff's counsel – this document is not privileged, and shall be produced.

      0478-HO   the Court finds neither of these emails privileged, and orders them produced.

0483-HO - 0485-HO affidavit of Joseph Ziz, Sr., and email from Plaintiff's counsel are not privileged and shall be produced.

0486-HO  the emails between Blalock and attorney Lewis are held privileged; the email from Plaintiff's counsel to Lewis is not privileged and shall be produced.

0498-HO - 0500-HO the Court finds nothing privileged about these documents and orders them produced.

0501-HO - 0502-HO the first email is privileged, the remainder are duplicates of matters already ruled upon.

0503-HO - 0505-HO are duplicates of 0498-HO - 00500-HO.

0506-HO -0508-HO the Court finds nothing privileged regarding the 4/14/2008 emails from Dannye Smith to Martha Montgomery and from Daphne Flowers to Dannye Smith and these two emails from 0506-HO shall be produced. The remainder of emails on these pages are duplicates of matters already addressed.

0509-HO - 0510-HO the Court finds nothing privileged about these emails and orders them produced.

0511-HO the Court finds only the 4/25/2008 email from Blalock to Lewis privileged. The other emails on this page shall be produced.  It is therefore,

**ORDERED** that by August 14, 2009, State Farm shall produce to Plaintiff all documents which the Court has herein ordered to be produced.

SO ORDERED,  this the 10th day of August, 2009.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE