IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**REGINALD EDWIN BOSSIER**                                                                **PLAINTIFF**

**VERSUS**                                                           **CAUSE NO. 1:08-cv-408-LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                              **DEFENDANT**

**MOTION TO EXPEDITE**

COMES NOW the Plaintiff, by and through undersigned counsel, and files this his Motion to Expedite and for cause therefore would show unto this Honorable Court the following:

1.

Plaintiff has filed a [133] Motion for Sanctions Under Rule 37(b) For Failure to Comply With [124] Court Order of September 3, 2009.

2.

The pre-trial order in this matter is due October 7 and trial in this matter is scheduled for November 2, 2009, and Plaintiff has still not received the court ordered documents from State Farm that were due on September 17, 2009.

3.

In order to protect the rights of Plaintiff herein, Plaintiff seeks an expedited ruling on the [133] Motion for Sanctions Under Rule 37(b) For Failure to Comply With [124] Court Order of September 3, 2009.

4.

In light of the nature of this motion, Plaintiff requests that the necessity of a separate memorandum be waived.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests this Honorable Court enter an Order granting expedited briefing and decision of Plaintiff's [133] Motion for Sanctions Under Rule 37(b) For Failure to Comply With [124] Court Order of September 3, 2009. Plaintiff prays for such other and further relief as may be deemed appropriate.

THIS the 24th day of September, 2009.

REGINALD EDWIN BOSSIER

BY: */s Judy M. Guice*
JUDY M. GUICE (#5057)

Judy M. Guice (MSB #5057)
JUDY M. GUICE, P.A.
P. O. Box 1919
Biloxi, MS 39533-1919
Telephone: (228) 374-9787
Facsimile: (228) 374-9436

**CERTIFICATE OF SERVICE**

    I, Judy M. Guice, counsel for Plaintiff, do hereby certify that I have this day electronically filed the foregoing with the Clerk of this Court using the ECF system which sent notification of such filing to the following:

    H. Benjamin Mullen, Esquire
    John A. Banahan, Esquire
    Bryan, Nelson, Schroeder, Castigliola & Banahan, PLLC
    P. O. Drawer 1529
    Pascagoula, MS 39568

This the 24th day of September, 2009.

                                                       *s/Judy M. Guice*
                                                JUDY M. GUICE (MSB #5057)