

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

REGINALD EDWIN BOSSIER                                              PLAINTIFF

V.                                                   CIVIL ACTION NO. 1:08CV408-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY                                DEFENDANT

### Jury Verdict

We the jury find that $___0___ ($0 to $325,337.87) of the damage to the Plaintiff's dwelling was caused by wind and not by storm surge flooding, and we award this amount as compensation for damage to the Plaintiff's dwelling under the Plaintiff's State Farm insurance policy.

We the jury find that $__52,300.00__ ($0 to $255,907.00) of the damage to the contents located on the Plaintiff's property was caused by windstorm and not storm surge flooding, and we award this amount as compensation for damage to the contents on the Plaintiff's property under the Plaintiff's State Farm insurance policy.

We the jury find that $___0___ is the amount of compensation due to the Plaintiff for additional living expenses/loss of use under his State Farm insurance policy. This amount represents the actual loss suffered by Plaintiff for additional living expenses incurred and the loss of use of his dwelling as a result of damage caused by wind.

Signed, the jury:

Unanimous verdict returned this __10__ day of November, 2009.