○AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT CO

## SOUTHERN DISTRICT OF MISSISSIPPI, SOUTHERN DIVISION

**REGINALD EDWIN BOSSIER**                                  **PLAINTIFF**

**VERSUS**                                     **CIVIL ACTION NO. 1:08CV408-LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                      **DEFENDANT**

## JUDGMENT IN A CIVIL CASE

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: That the PLAINTIFF, Reginald Edwin Bossier, recover from the Defendant, State Farm Fire and Casualty Company, the total amount of $52,300.00 (Fifty-Two Thousand Three Hundred Dollars) with interest at the rate of .34%.

| 11/12/2009 | J. T. NOBLIN |
|---|---|
| Date | Clerk |
| | *Catherine Peters* |
| | (By) Deputy Clerk |